# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2441 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | Board File No. C3-17-588 |
| | : | |
| v. | : | Attorney Registration No. 307141 |
| | : | |
| NICHOLE ASHLEY COLLINS | : | (Dauphin County) |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of January, 2018, the Joint Petition for Immediate Temporary Suspension is granted, Nichole Ashley Collins is placed on temporary suspension, *see* Pa.R.D.E. 208(f), and she shall comply with all the provisions of Pa.R.D.E. 217. Respondent's rights to petition for dissolution or amendment of this Order and to request accelerated disposition of charges underlying this order are specifically preserved. *See* Pa.R.D.E. 208(f)(4) and (f)(6).